UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAROLYN J. ELLIS, | Case No. 3:11-cv-00076-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

    Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying Opinion and Order and the parameters provided therein.

    IT IS SO ORDERED.

    DATED this 6th day of March, 2012.

                                      /s/ Ancer L. Haggerty
                                        Ancer L. Haggerty
                                        United States District Judge