UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAROLYN J. ELLIS, | Case No. 3:11-cv-00076-HA |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the stipulation of the parties, plaintiff's Unopposed Motion for Fees [22] is GRANTED. It is hereby ORDERED that attorney fees in the total amount of $4,925.06 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

IT IS SO ORDERED.

DATED this 6 day of June, 2012.

Ancer L. Haggerty
United States District Judge

1- ORDER